No. 96–6199. BROWN v. CONTRIBUTORY RETIREMENT APPEAL BOARD ET AL. App. Ct. Mass. Certiorari denied.

No. 96–6204. ORIAKHI v. BALTIMORE CITY JAIL ET AL. C. A. 4th Cir. Certiorari denied.

No. 96–6211. SPENCER v. LEMAY ET AL. C. A. 8th Cir. Certiorari denied.

No. 96–6214. ANTHONY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 96–6216. LITZENBERG v. MARYLAND ET AL. Ct. App. Md. Certiorari denied.

No. 96–6217. BARNES v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–6218. BLAKE v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 96–6230. SWEED v. TEXAS BOARD OF CRIMINAL JUSTICE. C. A. 5th Cir. Certiorari denied.

No. 96–6232. VICKSON v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 96–6233. THOMPSON ET AL. v. KRAMER ET AL. C. A. Fed. Cir. Certiorari denied.

No. 96–6243. JACKSON v. ARIZONA. Sup. Ct. Ariz. Certiorari denied.

No. 96–6245. KIRKPATRICK v. MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 96–6246. TRUESDALE v. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS. Ct. Common Pleas of Lancaster County, S. C. Certiorari denied.

No. 96–6248. MOATES v. WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.